# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19-MJ-10656-RBM-LAB |
| Plaintiff, | |
| v. | **ORDER STAYING PROCEEDNGS** |
| SELVIN OBDULIO MORALES-ORDONEZ, | |
| Defendant. | |

Further proceedings in the case are stayed pending the Ninth Circuit decision in *United States v. Corrales-Vasquez*, Ninth Circuit Case No. 18-50206, and *United States v. Perez-Martinez*, Ninth Circuit Case No. 18-50266, or until further order of the Court.

**IT IS SO ORDERED.**

DATED: 9/27/2019

*[signature]*
HON. LARRY ALAN BURNS
Chief United States District Judge